**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Kane Revit, | No. CV-10-1653-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| First Advantage Tax Consulting Services, LLC, | |
| Defendant. | |

The Court held a discovery conference call with the parties on November 3, 2011. The call was held on the record. After hearing the positions of both parties, the Court concluded that Plaintiff is entitled to remedial discovery as a result of Defendant's late disclosure of important emails in this case. As a result, the Court orders the following relief:

1. The depositions of Ms. Henricks, Ms. Tesst, Ms. Boan, and Ms. Jones may be re-opened, for up to two hours each, with the re-opened depositions to be completed on or before **December 2, 2011**. The depositions may be completed by video conference or telephone call.

2. Defendant shall pay all costs incurred in connection with the re-opened depositions.

3. Defendant shall pay Plaintiff's reasonable attorneys' fees in connection

with the telephone conference on November 3, 2011, and the re-opened depositions. The parties shall confer to agree upon the amount of this reimbursement. If the parties are unable to agree, they shall place a joint telephone call to the Court for resolution.

4. Defendant's motion for summary judgment (Doc. 100) is **denied without prejudice**. Defendant shall re-file the motion for summary judgment on **December 9, 2011**. Plaintiff's response time shall run from the December 9, 2011 filing of the motion for summary judgment.

5. The Court awards this relief pursuant to Rule 37(d)(3) of the Federal Rules of Civil Procedure.

Dated this 7th day of November, 2011.

David G. Campbell
United States District Judge